IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL MCKINNIE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 109-070 |
| GENE BOSEMAN, Chief Investigator, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Wade and the Waynesboro Police Department, as well as Plaintiff's claim for injunctive relief, are **DISMISSED**.

SO ORDERED this 9th day of November, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's objections also include a request for the appointment of counsel and a statement that he needs a copy of his amended complaint. (Doc. no. 12, p. 4). These requests will be addressed by the Magistrate Judge.